IN THE UNITED STATES DISTRICT COURT FOR ~~RECEIVED~~
THE MIDDLE DISTRICT OF ALABAMA

~~2011 DEC -7  A 11: 47~~

~~DEBRA P. HACKETT, CLK~~
~~U.S. DISTRICT COURT~~
~~MIDDLE DISTRICT ALA~~

Terrence Pouncey
_____
Full name and prison name of
Plaintiff(s)

v.

City of Dothan
Dothan Police Dept
Officer Hancock
Officer Miller
Officer Killingsworth
Officer W Pflores
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. 1:11CV541 - TMH
(To be supplied by Clerk of U.S. District
Court)

I.  PREVIOUS LAWSUITS

A.  Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES ☒  No ☐

B.  Have you begun other lawsuits in state or federal court relating to your imprisonment?    YES ☒    NO ☐

C.  If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.  Parties to this previous lawsuit:

Plaintiff (s)  Terrence Pouncey
_____

_____

Defendant(s)  Mamie McCory
_____

2.  Court (if federal court, name the district; if state court, name the county)

Middle District of Alabama
_____

3. Docket number   1:11-CV-30-TMH-(WC)

4. Name of judge to whom case was assigned   Wallace Capel JR

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?)   Still Pending

6. Approximate date of filing lawsuit   1-19-2011

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT   Dothan City Jail

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

        City   of   Dothan

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | City of Dothan | |
| 2. | Dothan Police Dept | 210 N St Andrew St Dothan Al 36301 |
| 3. | Officer Hancock | |
| | " Miller | |
| 4. | " Killingworth | |
| | W Phares | |
| 5. | McGee | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED   Over the last 3 years

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   False Arrest

_____

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

Ive been Arrested for trespassing - was not trespassing twice for Resisting Arrest - did not resist. they took me down hard. charged to cover up - Twice for A Harrassment charge over 10 years old and it was dismissed. Arrested over 6 times for Public intox. Because they smelled ~~GROUND TWO.~~ Alcohol on my ~~breath~~ breath. - one time I was not in public I was at home. I can not walk down the street after 6. PM

SUPPORTING FACTS: Each and every time I was never giving access to a lawyer - At least twice I was sentenced without even givin- the opportunity to plea - Ive been sentence on numerous time to one thing, but got something Else.

GROUND THREE: False imprisoment

SUPPORTING FACTS: I was arrested last year Sentenced. with out a trial - And without even being Ask how I pled. - I was also charged with promoting prison contraband for having cigerettes and a cell phone in the parking lot of the Jail. once agine I went to court and was told what I got No chance to Plea.

## Added coments to complaint

The city of Dothan has over a period of time totaly stomped on the rights of the citizen of this city in point the poor that aint got the money to bond out and get a hearing. in front of the Judge. Even that is one sided all geared to get money out of the citizens. with out any thought to Due Process of the law. I have been Beat took down rough hurt and charge with resisting Arrest to cover up there Brutal treatment. There are three tresspasses out on me that are somthing out of a communist Rule book. The police put these out and they over the City Does not own the property. ① Churches Chicken PI Arrested PI in parking lot ② Staints Apts Arrested possission of paraphna Resisting Arrest was in total cumplance THced and called nigger for fun And theres A Tresspass for the Hobo Pantry The only problem there I was stopped on the sidewalk in front of the place. Nothing Else, I took this problem to Rose Gorden I was escorted out of the court and told by Officer Grey that the City can do what it wants. In Front of Judge Gorden. I have been stopped and took to Jail Because the police smelled Alcohol on my Breath. At least 5 time that I Know of. The Dothan Police make False Arrest and the City Backs and Procecutes. Regord Less.

Terrence Russell

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the court to get the City of Dothan to realize that it is in the United States of America And go by the Law that is set out to Govern and Pay me a million Dollars for my pain and Suffering 10 million Punitive

Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-6-11
(Date)

Signature of plaintiff(s)

Terrence Pouncey

Terrence Pouncy
210 N St Andrews St
Dothan Al 36301

THIS LETTER MAILED FROM
DOTHAN CITY JAIL

Office of the Clerk
United States District Court
P O Box 711
Montgomery Alabama
36101 - 0711