IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TERRENCE POUNCEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:11-cv-541-TMH |
| | ) |
| OFFICER PHARES, | ) |
| | ) |
| Defendant. | ) |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 47) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION of the Magistrate Judge is hereby ADOPTED; Defendant Phares's motion for summary judgment (Doc. 18) is GRANTED and this case against him is DISMISSED with prejudice; and costs are TAXED against Plaintiff for which execution may issue.

A separate judgment shall issue.

DONE this 13th day of December, 2013.

    /s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE